# United States Court of Appeals
## For the First Circuit

No. 15-1520

JOHN FANNING,

Petitioner,

v.

FEDERAL TRADE COMMISSION,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on May 9, 2016, is amended as follows:

On page 3, line 17, "profiles" is replaced with "profile"

On page 5, line 12, "inference" is replaced with "inferences"

On page 9, line 13, "profiles" is replaced with "profile"